UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel.* SIOBHAN FITZGERALD; STATE OF NEW YORK *ex rel.* SIOBHAN FITZGERALD; and SIOBHAN FITZGERALD, individually,<br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BANK OF AMERICA, and its subsidiaries,<br>　　　　　　　　　　　Defendants. | No. 12-cv-1170-ADS-ETB<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL JONATHAN G. CEDARBAUM PRO HAC VICE** |

**PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Jonathan G. Cedarbaum in Support of Motion to Admit Counsel Pro Hac Vice and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Jonathan G. Cedarbaum, a member of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and a member in good standing of the Bar of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Bank of America. There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: June 18, 2013　　　　　　　　　By:　/s/ Jonathan G. Cedarbaum
　　　　　　　　　　　　　　　　　　　　　　Jonathan G. Cedarbaum
　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE
　　　　　　　　　　　　　　　　　　　　　　　AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　1875 Pennsylvania Avenue NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006

ActiveUS 111674276v.2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

---

UNITED STATES *ex rel.* SIOBHAN FITZGERALD; STATE OF NEW YORK *ex rel.* SIOBHAN FITZGERALD; and SIOBHAN FITZGERALD, individually,

    Plaintiffs,

v.

BANK OF AMERICA, and its subsidiaries,

    Defendants.

No. 12-cv-1170-ADS-ETB

**NOTICE OF MOTION TO ADMIT COUNSEL JONATHAN G. CEDARBAUM PRO HAC VICE**

---

District of Columbia  )
                            ) ss:
                            )

I, Jonathan G. Cedarbaum, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. Wherefore the affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendant Bank of America.

                            By: /s/ Jonathan G. Cedarbaum
                                 Jonathan G. Cedarbaum
                                 WILMER CUTLER PICKERING HALE AND DORR LLP
                                 1875 Pennsylvania Avenue NW
                                 Washington, DC 20006

Sworn to before me this
18th day of June 2013

*Kay D. Dallosta*
Notary Public

KAY D. DALLOSTA
Notary Public of District of Columbia
My Commission Expires June 14, 2017

ActiveUS 111674276v.2



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JONATHAN G CEDARBAUM

was on **OCTOBER 17, 2003** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JUNE 18, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel.* SIOBHAN FITZGERALD; STATE OF NEW YORK *ex rel.* SIOBHAN FITZGERALD; and SIOBHAN FITZGERALD, individually,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA, and its subsidiaries,<br>　　　　　　　　　　　Defendants. | No. 12-cv-1170-ADS-ETB<br><br>**ADMISSION TO PRACTICE PRO HAC VICE** |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Jonathan G. Cedarbaum, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant Bank of America.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made in the roll of attorneys.

Dated: _____　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel.* SIOBHAN FITZGERALD; STATE OF NEW YORK *ex rel.* SIOBHAN FITZGERALD; and SIOBHAN FITZGERALD, individually,<br>                   Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, and its subsidiaries,<br>                   Defendants. | No. 12-cv-1170-ADS-ETB<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on June 18 2013, I caused a true and correct copy of the foregoing Notice of Motion to Admit Counsel Pro Hac Vice, and attachments thereto, to be filed and served via the Court's ECF system upon all counsel registered for ECF in this case.

Dated: June 18, 2013

By: /s/ Jonathan G. Cedarbaum
Jonathan G. Cedarbaum
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

ActiveUS 111674276v.2