UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 11 2013 ★

LONG ISLAND OFFICE

UNITED STATES ex rel. SIOBHAN FITZGERALD;
STATE OF NEW YORK ex rel, SIOBHAN FITZGERALD;
and SIOBHAN FITZGERALD individually
-----------------------------------------------------------------X

STIPULATION TO FILE
AMENDED COMPLAINT

12-cv-1170

BANK OF AMERICA, and its subsidiaries,
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED by the parties identified below, by their respective counsel, that the Plaintiff's attached Amended Complaint be filed with this Court in accordance with the Court's Order dated June 21, 2013

Respectfully submitted,

/s/ Johnathan Cedarbaum
Jonathan G. Cedarbaum
WilmerHale
1875 Pennsylvania Avenue NW
Washington, DC 20006

/s/Brian Mahany
Brian Mahany
Mahany & Ertl
1437 N. Prospect Avenue, Suite 200
Milwaukee, WI 53202
brian@mahanyertl.com
Phone: 414-223-0464

Dated: July 8, 2013

So ordered
/s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J.
7/11/13