UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel*. SIOBHAN FITZGERALD; STATE OF NEW YORK *ex rel*. SIOBHAN FITZGERALD; and SIOBHAN FITZGERALD, individually,<br><br>       Plaintiffs,<br><br> v.<br><br>BANK OF AMERICA, and its subsidiaries,<br>       Defendants. | No. 12-cv-1170-ADS-AKT |

### DEFENDANT BANK OF AMERICA'S NOTICE OF
### MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and all other papers herein, Defendant Bank of America ("Bank of America") hereby moves this court for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice the First Amended Complaint brought by Plaintiff. The basis for this motion is set forth in the accompanying memorandum of law, the Declaration of Jonathan Cedarbaum, and the exhibit thereto.

Dated: July 22, 2013

                  Respectfully submitted,

                   /s/ Jonathan G. Cedarbaum
                  _____

                  Jonathan G. Cedarbaum (*pro hac vice*)
                  WILMER CUTLER PICKERING
                    HALE AND DORR LLP
                  1875 Pennsylvania Avenue, N.W.
                  Washington, D.C. 20006
                  Tel.: (202) 663-6000
                  Fax: (202) 663-6363
                  jonathan.cedarbaum@wilmerhale.com

                  Matthew D. Benedetto (*pro hac vice*)
                  WILMER CUTLER PICKERING

      HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Tel.: (213) 443-5323
Fax: (213) 443-5400
matthew.benedetto@wilmerhale.com

*Counsel for Defendant Bank of America*