UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel*. SIOBHAN FITZGERALD; STATE OF NEW YORK *ex rel*. SIOBHAN FITZGERALD; and SIOBHAN FITZGERALD, individually,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA, and its subsidiaries,<br>　　　　　　　　　　　Defendants. | No.  12-cv-1170-ADS-AKT<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BANK OF AMERICA** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned Counsel for Defendant submits this disclosure statement:

　　　　Bank of America Corporation has no parent company.  No publicly-held company owns more than ten percent (10%) of the stock of Bank of America Corporation.

Dated:  July 22, 2013　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Jonathan G. Cedarbaum
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Jonathan G. Cedarbaum (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　1875 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 663-6000
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 663-6363
　　　　　　　　　　　　　　　　　　　　　　jonathan.cedarbaum@wilmerhale.com

　　　　　　　　　　　　　　　　　　　　　　Matthew D. Benedetto (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　350 South Grand Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA  90071
　　　　　　　　　　　　　　　　　　　　　　Tel.: (213) 443-5323
　　　　　　　　　　　　　　　　　　　　　　Fax: (213) 443-5400
　　　　　　　　　　　　　　　　　　　　　　matthew.benedetto@wilmerhale.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Bank of America*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel.* SIOBHAN FITZGERALD; STATE OF NEW YORK *ex rel.* SIOBHAN FITZGERALD; and SIOBHAN FITZGERALD, individually,<br><br>                        Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, and its subsidiaries,<br>                        Defendants. | No.  12-cv-1170-ADS-AKT<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that, on July 22, 2013, I caused a true and correct copy of the foregoing Corporate Disclosure Statement of Defendant Bank of America to be filed and served via the Court's ECF system upon all counsel registered for ECF in this case.

Dated:   July 22, 2013
                                                  Respectfully submitted,

                                                  /s/ Matthew D. Benedetto
                                                  _____
                                                  Matthew D. Benedetto (*pro hac vice*)
                                                  WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                  350 South Grand Avenue, Suite 2100
                                                  Los Angeles, CA  90071
                                                  Tel.: (213) 443-5323
                                                  Fax: (213) 443-5400
                                                  matthew.benedetto@wilmerhale.com

                                                  *Counsel for Defendant Bank of America*

ActiveUS 112968167v.2