# WILMERHALE

July 22, 2013

**Jonathan G. Cedarbaum**

+1 202 663 6315 (t)
+1 202 663 6363 (f)
jonathan.cedarbaum@wilmerhale.com

**VIA ECF**

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   *United States ex rel. Siobhan Fitzgerald v. Bank of America* (No. 12-cv-1170-ADS-AKT)

Dear Judge Spatt:

      I am counsel of record for defendant Bank of America in the above-captioned action. Pursuant to Rule IV.B.ii of the Court's Individual Motion Practices, and further to Bank of America's filing today of its Motion to Dismiss the First Amended Complaint [Dkt. 20], Bank of America hereby respectfully requests that the Court grant oral argument on the motion.

      Sincerely,

      /s/ Jonathan G. Cedarbaum

      Jonathan G. Cedarbaum

cc:   All Counsel of Record (via ECF)