# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel*. SIOBHAN FITZGERALD; and SIOBHAN FITZGERALD, individually,<br><br>                Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, and its subsidiaries,<br>                Defendants. | No. 12-cv-1170-ADS-AKT<br><br>**VOLUNTARY DISMISSAL BY STIPULATION PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Relator Siobhan Fitzgerald and Defendant Bank of America that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed in its entirety, with prejudice as to Plaintiff and Relator Siobhan Fitzgerald and without prejudice as to the United States. The United States consents to this dismissal pursuant to 31 U.S.C. § 3730(b)(1).

Dated: August 16, 2013

                              By: /s/ Brian H. Mahany
                              _____

                              MAHANY & ERTL, LLC
                              Brian H. Mahany (*pro hac vice*)

                              P.O. Box 511328
                              Milwaukee, WI 53292
                              Tel.: (414) 704-6731
                              Fax: (414) 223-0464
                              *Counsel for Plaintiff and Relator Siobhan Fitzgerald*

                              By: /s/ Jonathan G. Cedarbaum
                              _____

                              WILMER CUTLER PICKERING
                                 HALE AND DORR LLP
                              Jonathan G. Cedarbaum (*pro hac vice*)

1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
jonathan.cedarbaum@wilmerhale.com

Matthew D. Benedetto (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Tel.: (213) 443-5323
Fax: (213) 443-5400
matthew.benedetto@wilmerhale.com
*Counsel for Defendant Bank of America*

By:  /s/ Kenneth M. Abell
_____
LORETTA E. LYNCH
United States Attorney for the Eastern District
   of New York

Kenneth M. Abell
Assistant United States Attorney
Eastern District of New York
Long Island Federal Courthouse
610 Federal Plaza
Central Islip, NY 11722
Tel.: (631) 715-7833
Fax:  (631) 715-7920
*Counsel for the United States*

No.  12-cv-1170-ADS-AKT

**VOLUNTARY DISMISSAL BY STIPULATION PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)**

**IT IS SO ORDERED.**

Dated:  _____, 2013

_____
Arthur D. Spatt
United States District Judge

ActiveUS 114780619v.5

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES *ex rel*. SIOBHAN FITZGERALD; and SIOBHAN FITZGERALD, individually,<br><br>                  Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, and its subsidiaries,<br>                  Defendants. | No.  12-cv-1170-ADS-AKT<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on August XX, 2013, I caused a true and correct copy of the foregoing Voluntary Dismissal By Stipulation Pursuant To Fed .R. Civ. P. 41(a)(1)(A)(ii) to be filed and served via the Court's ECF system upon all counsel registered for ECF in this case.

Dated:   August 16, 2013

Respectfully submitted,

/s/ Brian H. Mahany

_____

Brian H. Mahany (*pro hac vice*)
MAHANY & ERTL, LLC
P.O. Box 511328
Milwaukee, WI 53292
Tel.: (414) 704-6731
Fax:  (414) 223-0464

*Counsel for Relator Siobhan Fitzgerald*